■ PUBLIC ADJUSTMENT BUREAU, INC., Appellant, v GREATER NEW YORK MUTUAL INSURANCE COMPANY, Defendant, and SEWARD PARK HOUSING CORP., Respondent. [869 NYS2d 339]—

The parties' communications with respect to settlement were insufficient to meet the requirements of CPLR 2104, which provides that a settlement agreement "is not binding upon a party unless it is in a writing subscribed by [the party] or [its] attorney or reduced to the form of an order and entered" (*see Bonnette v Long Is. Coll. Hosp.*, 3 NY3d 281, 285-286 [2004]). Nor is the computer entry by the County Clerk containing the word "SETTLED" sufficient to satisfy the open-court requirement set forth in CPLR 2104 (*see Matter of Dolgin Eldert Corp.*,

31 NY2d 1, 9-10 [1972]; *Gustaf v Fink*, 285 AD2d 625, 626 [2001]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, J.P., Nardelli, Buckley and Acosta, JJ.